IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy:  Deborah Hansen | Date:  September 29, 2015 |
| Court Reporter: Gwen Daniel | Probation: Kyla Hamilton |
| | Time: one hour and 40 minutes |

_____

| | |
|---|---|
| Criminal Action No.  14-cr-00470-WJM | <u>Counsel:</u> |
| UNITED STATES OF AMERICA, | Colleen Covel |
|     Plaintiff, | |
| v. | |
| RYAN BAILEY, | David Johnson |
|     Defendant. | |

_____

**COURTROOM MINUTES**
_____

HEARING - SENTENCING

03:00 p.m.    Court in Session

Appearances

Defendant is present and on bond.

Oath administered to the defendant.

Sentencing Statement by Ms. Covell

Sentencing Statement by Mr. Johnson

The Court addresses the objections to the Presentence Investigation Report and enters rulings on the record.

Discussion

Government's oral motion for an additional one-level reduction in the offense level for acceptance of responsibility.

**ORDERED:   There being no objection to the motion, the Government's oral motion for an additional one-level reduction in the offense level for acceptance of responsibility is GRANTED.**

Government's oral motion to dismiss Count One of the Indictment.

**ORDERED:   There being no objection to the motion, the Government's oral motion to dismiss Count One of the Indictment is GRANTED.  Count One of the Indictment is DISMISSED.**

Discussion/Argument concerning Restricted Motion [35]

The Court enters findings and ruling on the record.

**ORDERED:   The Restricted Motion [35] is GRANTED IN PART.**

Defendant's Allocution

> Defendant plead guilty to Count Two of the Indictment on April 10, 2015.

**ORDERED:   Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Ryan Bailey, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of sixty-six months.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**The Court recommends that the Bureau of Prisons place the defendant at a facility appropriate to his security designation located within the District of Colorado.**

**ORDERED:   Upon release from imprisonment defendant is placed on supervised release for a term of eight years.**

**Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the Probation Office in the district to which defendant is released.**

**While on supervised release the defendant shall not commit another federal, state or local crime, he shall not possess a firearm as**

**defined in 18 U.S.C. § 921, and he shall comply with the standard conditions adopted by this Court.**

**The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16911, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he resides, works, is a student, or was convicted of a qualifying offense.**

**ORDERED:   Special Conditions of Supervised Release:**

1. **The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's Judgment and sentence.**

2. **As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court-ordered financial obligation in this case.**

3. **If the defendant has an outstanding financial obligation, the Probation Office may share any financial or employment documentation relevant to the defendant with the Asset Recovery Division of the United States Attorney's Office to assist in the collection of the obligation.**

4. **The defendant shall document all income or compensation generated or received from any source and shall provide such information to the probation officer as requested.**

5. **The defendant shall not cause or induce anyone to conduct any financial transaction on his behalf or maintain funds on his behalf.**

6. **The defendant shall participate in and successfully complete an approved program of sex offender evaluation and treatment, which may include polygraph, plethysmograph and Abel examinations, as directed by the probation officer. The defendant will be required to pay the cost of these evaluations and treatment.**

       **The defendant shall comply with the rules and restrictions specified by the treatment agency. The Court authorizes the probation officer to release psychological reports and/or the Presentence Report to the treatment agency for continuity of treatment.**

7. **The defendant's use of computers and Internet access devices shall be limited to those the defendant requests to use, and which the probation officer authorizes.**

   **The defendant shall submit his person, and any property, house, residence, vehicle, papers, computer, other electronic communications or data storage devices or media, and effects to a search at any time, with or without a warrant, by any law enforcement or probation officer with reasonable suspicion concerning a violation of a condition of supervised release, or unlawful conduct by the person, and by any probation officer in the lawful discharge of the officer's supervisory functions.**

8. **The defendant shall allow the probation officer to install software/hardware designed to monitor computer activities on any computer the defendant is authorized by the probation officer to use. The software may record any and all activity on the computer, including the capture of keystrokes, application information, Internet use history, e-mail correspondence, and chat conversations.**

   **A notice will be placed on the computer at the time of installation to warn others of the existence of the monitoring software on the computer. The defendant shall not attempt to remove, tamper with, reverse engineer, or in any way circumvent the software/hardware**.

9. **The defendant shall have no unsupervised contact with any minor**.

**ORDERED:** **The defendant shall pay a Special Assessment of $100, which shall be due and payable immediately.**

**ORDERED:** **Defendant has no ability to pay a fine, and the fine is waived.**

**ORDERED:** **Pursuant to Rule 32.2 of the Fed. Rules of Crim. P. and the defendant's admission to the forfeiture allegation in the Indictment, the defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense and as stipulated to in the Plea Agreement.**

**ORDERED:** **The defendant shall pay RESTITUTION to the victims identified in the Presentence Investigation Report in the <u>total amount of $6,000.</u>**

**Restitution payments shall be divided equally among the victims.**

**The Special Assessment and Restitution obligations are due immediately.**

**Any unpaid Restitution balance upon release from incarceration shall be paid in monthly installment payments during the term of supervised release of not less than 10% of the defendant's gross household monthly income.**

**Within 15 days of release from custody, the defendant shall meet with the probation officer to develop a plan for the payment of the unpaid portion of his financial obligations under the Court's Judgment. This Plan will be based upon the defendant's income and expenses. The Plan will be forwarded to the Court for review and approval.**

The Court addresses voluntary surrender.

The Government does not object to the voluntary surrender of the defendant.

        The Court FINDS by clear and convincing evidence that the defendant is not likely to flee or pose a danger to the safety of any other person or the community. It is, therefore,

        **ORDERED that the defendant, Ryan Bailey, shall surrender at the institution designated by the Bureau of Prisons on November 3, 2015 at 12:00 noon. In the interim the defendant's bond is continued and all conditions set forth in the Magistrate Judge's Order Setting Conditions of Release shall continue to apply.**

The defendant is advised of his right to appeal both his conviction and sentence imposed except in very limited circumstances.

04:40 p.m.    Court in Recess
              Hearing concluded